# EXHIBIT A





Case 2:22-cv-00232-JRG  Document 1-1  Filed 06/24/22  Page 3 of 7 PageID #: 16

## Introduction

COSMX was established in 2007 and headquartered in Zhuhai. It has three production bases in Zhuhai, Chongqing, Zhejiang and has established a factory in India. COSMX is one of worldwide major suppliers of consumer polymer soft pouch lithium-ion batteries, and has long served world's well-known customers in the field of notebook computers, tablet computers, smart phones, smart wearables, power tools, drones and others.

In the field of power batteries, Zhuhai COSMX have become qualified suppliers for many automotive manufacturers after years of accumulation. At present, COSMX has entered the fields of high-end electric motorcycles, automotive start-up batteries, energy storage, passenger vehicle BEV and high-voltage energy storage.

At the same time, the company has a group of talented individuals in professional and technical fields of electrochemistry, materials science, physical chemistry, machinery and automation, computing and information systems. It has accumulated a wealth of technical achievements and won many national and provincial honorary awards.

COSMX——Provide reliable energy solutions

1998: R&D of Li-ion battery started

2007: Factory in Zhuhai established

2019: Renamed to COSMX

## Company Honors




About Us    EV & ESS    Consumer Application    RD & Innovation    News Center    Join Us    Service & Support    EN CN

COSMX has successively won the honors of "Postdoctoral Research Workstation," "National High-Tech Enterprise," "National Enterprise Technology Center," "Guangdong Doctoral Workstation," "Guangdong Soft-Pack Lithium Ion Battery Engineering Technology Research Center," "President Unit of Zhuhai Intelligent Manufacturing Association," "Zhuhai Key Enterprise for Intellectual Property Protection," and "Caring Contribution Award." In March 2019, Zhuhai Coslight was renamed COSMX.

| Award/Title/Honor | Granted/Approved by | Time |
|---|---|---|
| Postdoctoral Research Workstation | Ministry of Human Resources and Social Security, and National Post-doctor Management Committee | Nov.2018 |
| National High-Tech Enterprise | Guangdong Science and Technology Department, Department of finance of Guangdong Province, Guangdong Provincial Tax Serivice, State Taxation Adminsitration | Nov.2016 |
| Provincial Enterprise Technology Center | Guangdong Provincial Economic and Information Committee, Department of finance of Guangdong Province, Guangdong Provincial Tax Serivice, State Taxation Adminsitration, Guangdong Customs Office of the General Administration of Customs | Feb.2014 |
| Guangdong Doctoral Workstation | Guangdong Provincial Department of Human Resources and Social Security | Dec.2018 |
| Guangdong Soft-Pack Lithium Ion Battery Engineering Technology Research Center | Guangdong Provincial Department of Science and Technology | Jan.2017 |
| President Unit of Zhuhai Intelligent Manufacturing Associatio | Guangdong Intelligent Manufacturing Federation | Apr.2017 |
| Zhuhai Key Enterprise for Intellectual Property Protection | Zhuhai Intellectual Property Office | Aug.2018 |
| Caring Contribution Award | Guangdong Provincial Department of Science Red Cross Society of Zhuhai | Mar.2019 |

## Milestone

COSMX

About Us | EV & ESS | Consumer Application | RD & Innovation | News Center | Join Us | Service & Support

EN | CN



**2007**
Factory in Zhuhai established

**1998**
R&D of Li-ion battery started

**2010**
Top-one Laptop battery supplier



## Standard Certification

**Product Certification**   System Certification

Battery products can be certified in different markets around the world according to customers' needs.



Zhuhai CosMX Battery Co., Ltd. Copyright reserved ICP Filing： 粤ICP备13029318号  粤公网安备 44040302000310号