# EXHIBIT B



**COSMX**

Customer Support ▼ | About Us | EV & ESS | Consumer Application | RD & Innovation | News Center | Join Us | Service & Support | 🔍 EN CN

Download Center

Home > Service & Support > Customer Support > Service Footprints

## COSMX Sevice Footprints



Website Map | Legal Statement | Contact Us

**COSMX**

| About Us | EV & ESS | Consumer Application | RD & Innovation | News Center | Join Us | Service & Support |
|---|---|---|---|---|---|---|
| About Us | PACK | Mobile Phone Battery | Foundamental & Advanced Technology | COSMX News | Campus Recruitment | Customer Support |
| COSMX Culture | CELL | Laptop Battery | Platform & Product Development | Corporate Bulletin | Social Recruitment | Download Center |
| Social Responsibility | | Mini Battery | Test Center | | | |
| Contact Us | | Other Batteries | MRD | | | |

Headquarter Telephone

0756-6321999

Service Hours
7*24 hours

Zhuhai CosMX Battery Co., Ltd. Copyright reserved ICP Filing： 粤ICP备13029318号　粤公网安备 44040302000310号