# EXHIBIT D

Menu       Search Best Buy                                                                 Compton        Cart

Top Deals    Deal of the Day    Totaltech Membership    Credit Cards    Gift Cards    Gift Ideas    Health & Wellness                    Account    Recently Viewed    Order Status    Saved Items

Your favorite movies look better than ever.    Show off your favorite movies with collectible SteelBook titles from Best Buy®.    Shop now ›

Best Buy › Computers & Tablets › PC Gaming › Gaming Laptops                                                      Share  Print

**Lenovo**
Lenovo - Legion 5 15" Gaming Laptop - AMD Ryzen 7 5800H - NVIDIA GeForce RTX 3050 Ti - 8GB Memory - 512GB SSD - Phantom Blue

**Model**: 82JW00BFUS/82JW000XUS    **SKU**: 6455136

**4.6** (163 Reviews)  |  7 Expert Reviews  |  58 Answered Questions

Highly rated by customers for: Price, Design, Performance

$1,199.99   or   $100/mo.*
suggested payments with
**12-Month Financing**
Show me how ›

Unlock up to **$191.76*** in savings over 24 months of Best Buy Protection with our Totaltech Membership

**15-DAY FREE & EASY RETURNS**
If received today, the last day to return this item would be May 27.  Learn more ›

**Trade-In Eligible:** Save on your new device when you trade in a device like this. **See details**

**Free 6-month security software** A $29.99 value

**Hot offer** $34.99 select Logitech item with device

**Open-Box:** from $875.99

The membership you and your tech deserve.

• Free Geek Squad® tech support available 24/7/365
• Up to 24 months of product protection on most Best Buy purchases, with active membership
• Free delivery and standard installation

**$199.99** per year

Learn About Totaltech

**Protect your computer**
(7,611)

☐ 1-Year Accidental Geek Squad Protection     Help
                                               $199.99
                                               About $16.67/mo.



5/12/22, 3:58 PM  Lenovo Legion 5 15" Gaming Laptop AMD Ryzen 7 5800H NVIDIA GeForce RTX 3050 Ti 8GB Memory 512GB SSD Phantom Blue 82JW70BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 3 of 11 PageID #: 617



5/12/22, 3:58 PM   Lenovo Legion 5 15" Gaming Laptop AMD Ryzen 7 5800H NVIDIA GeForce RTX 3050 Ti 8GB Memory 512GB SSD Phantom Blue 82JW00BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 4 of 11 PageID #: 618



Save $10 on controller with Windows PC

**20% off select accessories with device**

**$20 off Adobe software with device**

**Save 20% on LG DVD drive with device**

**Show More**

### Cardmember Offers

12 Month Financing

Get rewards

---

## Overview

## Specifications

## A Closer Look



| **AMD Ryzen 7 5000 Series** Processor Model | **8 gigabytes** System Memory (RAM) | **NVIDIA GeForce RTX 3050 Ti** Graphics | **1920 x 1080 (Full HD)** Screen Resolution |
|---|---|---|---|
| Budget / Low / Medium / **High** | Low / **Medium** / High / Very High | Entry-Level / Mid-Range / **High-End** | HD / **Full HD** / 4K U... |
| • Designed for power users<br>• Excels at multitasking<br>• Multimedia creation | • Excellent multitasking<br>• Advanced photo/video editing<br>• Mid-range gaming | • Offers gameplay at max settings<br>• Powerful and efficient<br>• Ideal for gaming enthusiasts | • Clearer and sharper than HD<br>• Ideal for movies and games<br>• Make the most of Full HD con... |
| Why is the processor important? | How much RAM do I need? | What's the right graphics card for me? | Compare screen resolutions |

## Key Specs

| | | |
|---|---|---|
| Screen Size ⓘ | | 15.6 inches |
| Screen Resolution ⓘ | | 1920 x 1080 (Full HD) |
| Touch Screen ⓘ | | No |
| Processor Model ⓘ | | AMD Ryzen 7 5000 Series |
| Processor Model Number | | 5800H |
| Processor Speed (up to) ⓘ | | 3.2 gigahertz |

Help

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 5 of 11 PageID #: 610

| | |
|---|---|
| Storage Type | SSD |
| Total Storage Capacity | 512 gigabytes |
| Solid State Drive Capacity ⓘ | 512 gigabytes |
| System Memory (RAM) ⓘ | 8 gigabytes |
| Graphics ⓘ | NVIDIA GeForce RTX 3050 Ti |
| Operating System ⓘ | Windows 11 Home |
| Battery Type | Lithium-ion polymer |
| 2-in-1 Design ⓘ | No |
| Backlit Keyboard ⓘ | Yes |

## General

| | |
|---|---|
| Product Name | Legion 5 15" Gaming Laptop - AMD Ryzen 7 5800H - NVIDIA GeForce RTX 3050 Ti - 8GB Memory - 512GB SSD |
| Brand | Lenovo |
| Casing Material | Aluminum |
| Model Number | 82JW00BFUS/82JW000XUS |
| Year of Release | 2021 |
| Color | Phantom Blue |
| Color Category | Blue |

## Display

| | |
|---|---|
| Screen Type | IPS |
| Screen Size ⓘ | 15.6 inches |
| Screen Resolution ⓘ | 1920 x 1080 (Full HD) |
| Touch Screen ⓘ | No |

Help

## Processor

| | |
|---|---|
| Processor Brand | AMD |

5/12/22, 3:58 PM	Lenovo Legion 5 15" Gaming Laptop AMD Ryzen 7 5800H NVIDIA GeForce RTX 3050 Ti 8GB Memory 512GB SSD Phantom Blue 82JW00BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 6 of 11 PageID #: 620

| | | |
|---|---|---|
| | Processor Model ⓘ | AMD Ryzen 7 5000 Series |
| | Processor Model Number | 5800H |
| | Processor Cores | 8-core |
| | Processor Speed (up to) ⓘ | 3.2 gigahertz |
| Storage | Storage Type | SSD |
| | Total Storage Capacity | 512 gigabytes |
| | Solid State Drive Capacity ⓘ | 512 gigabytes |
| | Solid State Drive Interface ⓘ | NVMe |
| Memory | System Memory (RAM) ⓘ | 8 gigabytes |
| | Type of Memory (RAM) ⓘ | DDR4 |
| | System Memory RAM Speed ⓘ | 3200 megahertz |
| Graphics | Graphics Type ⓘ | Dedicated |
| | GPU Brand | NVIDIA |
| | Graphics ⓘ | NVIDIA GeForce RTX 3050 Ti |
| | Video Memory Type ⓘ | Dedicated |
| Compatibility | Operating System ⓘ | Windows 11 Home |
| | Operating System Architecture ⓘ | 64-bit |
| Connectivity | Internet Connectivity | Wi-Fi, Ethernet |
| | Wireless Networking ⓘ | Wireless-AX |

Help

5/12/22, 3:58 PM                                 Lenovo Legion 5 15" Gaming Laptop AMD Ryzen 7 5800H NVIDIA GeForce RTX 3050 Ti 8GB Memory 512GB SSD Phantom Blue 82JW10BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 7 of 11 PageID #: 621

| | | |
|---|---|---|
| | Headphone Jack ⓘ | Yes |
| | Bluetooth Enabled ⓘ | Yes |
| | NFC Enabled ⓘ | No |
| | Number Of Ethernet Ports | 1 |
| | Number of HDMI Outputs (Total) | 1 |
| | Number of USB 3.0 Type A Ports | 4 |
| | Number of USB 3.0 Type C Ports | 2 |
| | Number of DisplayPort Outputs (Total) | 2 |
| | Internal Carrier | Not Applicable |
| Power | Power Supply Maximum Wattage | 230 watts |
| | Battery Cells | 4-cell |
| | Battery Type | Lithium-ion polymer |
| Camera | Front-Facing Camera | Yes |
| | Front Facing Camera Video Resolution ⓘ | 720p |
| | Built-In Microphone | Yes |
| Features | Cooling System ⓘ | Air |
| | 2-in-1 Design ⓘ | No |
| | Backlit Keyboard ⓘ | Yes |
| | Customizable Keyboard Lighting | RGB |
| | Media Card Reader ⓘ | No |
| | Audio Technology | 2 x 2W |

Help

5/12/22, 3:58 PM					Lenovo - Legion 5 15" Gaming Laptop AMD Ryzen 7 5800H - NVIDIA GeForce RTX 3050 Ti - 8GB Memory - 512GB SSD - Phantom Blue - 82JW00BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 8 of 11 PageID #: 622

| Dimension | | |
|---|---|---|
| | Product Height ⓘ | 0.89 inches |
| | Product Width ⓘ | 10.26 inches |
| | Product Depth ⓘ | 14.27 inches |
| | Product Weight ⓘ | 5.28 pounds |

| Certifications & Listings | | |
|---|---|---|
| | ENERGY STAR Certified ⓘ | No |
| | EPEAT Qualified ⓘ | No |

| Included | | |
|---|---|---|
| | Blu-Ray Player | No |
| | Stylus Included | No |

| Warranty | | |
|---|---|---|
| | Manufacturer's Warranty - Parts | 1 year limited |
| | Manufacturer's Warranty - Labor | 1 year limited |

| Other | | |
|---|---|---|
| | UPC | 196118026909 |

Did we get something wrong? Report missing or incorrect product information.

**Compare Similar Items** ⌄

**Reviews**     (163)  ⌄

**Questions & Answers** ⌄

**Buying Options** ⌄

Help

5/12/22, 3:58 PM                                 Lenovo Legion 5 15 Gaming Laptop AMD Ryzen 7 5800H NVIDIA GeForce RTX 3050 Ti 8GB Memory 512GB SSD Phantom Blue 82JW00BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRG   Document 1-4   Filed 06/24/22   Page 9 of 11 PageID #: 628



| From the Manufacturer | ⌄ |
|---|---|

## Complete your purchase



10 Best **Laptop Computers** - 10 best **laptop computers** - Discount Electronics Austin Tx

Ad https://www.discountelectronics.com/saveon/laptops ▾

Your Trusted Source for Refurbished **Laptops**, PCs, and Monitors. A+ BBB Rating Since 1997. Save 70% by buying refurbished **Laptops**. Customize it with your specs. Ships same day! Order shipped same day. US Based Customer Service. We Answer the Phone. 1 Year Direct Warranty.

rating for discountelectronics.com

Help

5/12/22, 3:58 PM  Lenovo Legion 5 15" Gaming Laptop AMD Ryzen 7 5800H NVIDIA GeForce RTX 3050 Ti 8GB Memory 512GB SSD Phantom Blue 82JW04BFUS/82JW000XUS - Best Buy

Case 3:22-cv-00232-JRG  Document 1-4  Filed 06/24/22  Page 10 of 11 PageID #: 624

**Laptops and PCs 70% Off**
Save Big on Refurbished Computers
BBB A+ Rating Since 1997

**Locations**
We Are Located In North, South Austin And Round Rock.

▶ Visit Website

### best buy refurbished computers - Discount Refurbished Laptops
Ad  https://www.systemliquidation.com/ ▾

The #1 source for all major brands of refurbished **computers**. Save on bulk orders! Shop for refurbished desktop and **laptop computers** at the lowest possible prices! Fast Courier Shipping. Quality Products. Environmentally Friendly. One Year Warranty. Brands: Dell, HP, Lenovo, Acer.

HP Laptops            Clearance Sale
Laptop under $100     Dell Laptops
HP Desktops           Lenovo Laptops

▶ Visit Website

### IN STOCK Shop 2 In 1 Laptops | Lenovo US
Ad  https://www.lenovo.com/ ▾

Shop our best selling **laptops** w/ Intel Core processesors & Windows 10. Save on our best selling **laptops** w/ the latest technology. Free shipping and returns. Free Returns. Earn MyLenovo Rewards. Trusted Quality. Shop Our Doorbuster Deals. Price Match Guarantee. Free Shipping & Returns. Diverse Styles. Models: Home **Laptops**, Business **Laptops**, Gaming **Laptops**, Convertibles.

 rating for lenovo.com

Shop Our Top Deals Today    Save on PCs & Electronics
Extra 10% Off Sitewide      ID.me Weekly Discounts
Financing Options

▶ Visit Website

### Refurbished Laptops - Heavily Discounted Laptops - Back Market
Ad  https://www.backmarket.com/laptop ▾

Free 1-year warranty on all **laptops** on Back Market. Buy with confidence at lower prices. Don't just buy cheap, buy smart. The best value on high quality refurbished **laptop**. Money Back Guarantee. Free shipping. Best value or money back. Upgrade tech ethically. Chat for shopping help. 100% Sustainable Devices. High tech. Low impact. No contracts. Professionally cleaned. Eco-friendly.

 rating for backmarket.com

▶ Visit Website


ADVERTISEMENT

Help

5/12/22, 3:58 PM                          Lenovo - Legion 5 15" Gaming Laptop - AMD Ryzen 7 5800H - NVIDIA GeForce RTX 3050 Ti - 8GB Memory - 512GB SSD - Phantom Blue - 82JW00BFUS/82JW000XUS - Best Buy

Case 2:22-cv-00232-JRC   Document 14   Filed 06/24/22   Page 11 of 11   PageID #: 625

 Visit our Support Center
 Check your Order Status
 Shipping, Delivery & Store Pickup
 Returns & Exchanges
 Price Match Guarantee

## Order & Purchases
- Check Order Status
- Shipping, Delivery & Pickup
- Returns & Exchanges
- Price Match Guarantee
- Product Recalls
- Trade-In Program
- Gift Cards

## Payment Options
- My Best Buy® Credit Card
- Pay Your Bill at Citibank
- Lease to Own

## Support & Services
- Visit our Support Center
- Shop with an Expert
- Schedule a Service
- Manage an Appointment
- Protection & Support Plans
- Haul Away & Recycling
- Contact Us

## Rewards & Membership
- Best Buy Totaltech
- My Best Buy
- View Points & Certificates
- Member Offers

## Partnerships
- Affiliate Program
- Advertise with Us
- Developers
- Best Buy Health
- Best Buy Education
- Best Buy Business

## About Best Buy
- Corporate Information
- Careers
- Corporate Responsibility & Sustainability
- Discover & Learn

Sign in or Create Account

**Get the latest deals and more.**

Enter email address

Sign Up

**Best Buy app**
Learn more ›

    

Forums, blogs & more

How was your experience? Give feedback about our website                                    Mobile Site    Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    California Privacy Rights    Do Not Sell My Personal Information    California Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2022 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Help