# EXHIBIT G

**Comparison of U.S. Patent No. 10,971,706 to the CosMX CA3862E1 Battery Cell**

| Claim 1 | CosMX CA3862E1 Battery Cell |
| --- | --- |
| An electrode assembly, comprising: | The CA3862E1 battery cell is a lithium-ion battery comprising an electrode assembly. |
| a cell; and | The CA3862E1 is a battery cell. |

| | |
|---|---|
| a protective layer; | The CA3862E1 battery cell has a protective layer (blue in color). |
| wherein the cell comprises a cell body and an electrode tab protruding from the cell body; | The CA3862E1 battery cell has a cell body and an electrode tab protruding from the cell body (see images above). |
| wherein in a height direction of the cell, at least one end of the protective layer extends beyond an anode electrode and the extended dimension is no more than 3 mm; | The protective layer of the CA3862E1 battery cell extends in a height direction beyond an anode electrode by no approximately 1 mm. |
| and wherein the protective layer comprises a first binding sub-layer and an isolation sub-layer which are laminated, and the protective layer is bound to the cell through the first binding sub-layer. | A cross section of the protective layer of the CA3862E1 battery cell shows it has a first binding sub-layer and an isolation sub-layer that are laminated. The protective layer is bound to the cell through the first binding sub-layer. |

