# EXHIBIT H

## Comparison of U.S. Patent No. 11,329,352 to the CosMX CA3862E1 Battery Cell

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| 1. A secondary battery, comprising: | The CA3862E1 battery cell is a secondary (rechargeable) battery used, for example, in a Lenovo Legion 5 laptop.<br> |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| a first electrode tab; | The CA3862E1 battery cell has a first electrode tab. |
| a first electrode plate, comprising: | A cross section of the CA3862E1 battery cell shows both anodic and cathodic electrode plates. |
| a first current collector; and | A cross section of CA3862E1 battery cell shows anodic (copper color) and cathodic (white color) current collectors. |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| a first active substance, disposed on a first surface of the first current collector and a second surface of the first current collector, wherein the second surface is opposite to the first surface; | A cross section of the CA3862E1 battery cell shows the active substances disposed on each side of the anodic current collector (containing graphite) and the cathodic current collector (containing cobalt).  |
| a first electrode tab receiving groove, defined by an exposed portion of the first surface of the first current collector and the first active substance on a periphery of the first electrode tab receiving groove, the first electrode tab receiving groove receiving the first electrode tab, wherein the first electrode tab is electrically connected with the first current collector through the first electrode tab receiving groove; | The CA3862E1 battery cell's anodic tab assembly includes an electrode receiving groove defined by an exposed portion of the surface of the copper-based current collector and the first graphite containing active substance on the periphery of an anodic tab receiving groove.  The anodic tab is electrically connected with the copper-based current collector through the tab receiving groove.  |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| a first recess that is opposite to the first electrode tab receiving groove, defined by a corresponding portion of the second surface of the first current collector and the first active substance on a periphery of the first recess; | The CA3862E1 battery cell's anodic tab assembly includes a recess defined by a second surface of the copper-based current collector and the graphite containing active substance. |
| a first electrode plate notch disposed on a side edge of the first electrode tab receiving groove and extending through the second surface and the first surface of the first current collector; and | A magnified view of the CA3862E1 battery cell's anodic tab assembly shows a notch at the edge of the tab assembly at the top of the tab receiving groove that extends through the first and second surfaces of the current collector. |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| the first electrode tab receiving groove is formed by the first current collector and at least two first active substance walls; | A magnified view of the CA3862E1 battery cell's anodic tab assembly shows the anodic tab receiving groove is formed by the copper-based current collector and at least two walls comprised of the graphite containing active substance. |
| wherein the secondary battery is a wound-type secondary battery. | A cross section of the CA3862E1 battery cell shows it is a wound-type secondary battery. |