**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-232-JRG |
| ZHUHAI COSMX BATTERY CO., LTD., | § § | |
| *Defendant.* | § § § | |

**DEFENDANT ZHUHAI COSMX BATTERY CO., LTD.'S NOTICE OF COMPLIANCE
REGARDING INITIAL AND ADDITIONAL DISCLOSURES**

Pursuant to the Court's Docket Control Order (Dkt. No. 60), Defendant Zhuhai CosMX

Battery Co., Ltd. ("CosMX"), provides notice to the Court of service of its Initial and Additional

Disclosures on Plaintiff Ningde Amperex Technology Limited. Service was made *via* electronic

mail on December 16, 2022.

Dated: December 19, 2022

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137
efindlay@findlaycraft.com

Charles B. Walker, Jr.
Texas Bar No. 00794808
Jaime Stark
Texas Bar No. 24101163
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: 713-651-5203

Fax: 713-651-5246
Email: charles.walker@nortonrosefulbright.com
Email: jaime.stark@nortonrosefulbright.com

Eric C. Green
Texas Bar No. 24069824
Valerie K. Barker
Texas Bar No. 24087141
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: 512-536-3073
Fax: 512-536-4598
Email: eric.green@nortonrosefulbright.com
Email: valerie.barker@nortonrosefulbright.com

James B. Monroe (admitted *pro hac vice*)
Qingyu Yin (admitted *pro hac vice*)
Jennifer H. Roscetti (admitted *pro hac vice*)
Jeffrey C. Totten (admitted *pro hac vice*)
Lauren J. Robinson (admitted *pro hac vice*)
Tyler B. Latcham (admitted *pro hac vice*)
Seke G. Godo (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4213
Fax: 202-408-4400
Email: james.monroe@finnegan.com
Email: qingyu.yin@finnegan.com
Email: jennifer.roscetti@finnegan.com
Email: jeffrey.totten@finnegan.com
Email: lauren.robinson@finnegan.com
Email: tyler.latcham@finnegan.com
Email: seke.godo@finnegan.com

Yanyi Liu (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Tel: 650-849-6626
Fax: 650-849-6666
Email: yanyi.liu@finnegan.com

**ATTORNEYS FOR DEFENDANT ZHUHAI
COSMX BATTERY CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on December 19, 2022 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Eric H. Findlay*
Eric H. Findlay