# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, § § § | |
| Plaintiff, § § | Civil Action No.: 2:22-CV-232-JRG |
| v. § § | JURY TRIAL DEMANDED |
| ZHUHAI COSMX BATTERY CO., LTD., § § § | |
| Defendant. | |

## ORDER GRANTING NINGDE AMPEREX TECHNOLOGY LTD.'S MOTION TO DISMISS ZHUHAI COSMX BATTERY CO., LTD.'S COUNTERCLAIM COUNTS NINE TO THIRTEEN

Before the Court is Ningde Amperex Technology Ltd.'s ("ATL") Motion to Dismiss Zhuhai CosMX Battery Co., Ltd.'s Counterclaim Counts Nine to Thirteen ("Motion to Dismiss"). After consideration of the same, the Court finds that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that ATL's Motion to Dismiss is **GRANTED**.