# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, § § § | |
| Plaintiff, § | **Civil Action No.: 2:22-CV-232** |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| ZHUHAI COSMX BATTERY CO., LTD., § § | |
| Defendant. | |

## ORDER

Before the Court is Defendant/Counterclaimant's Response to Plaintiff's Motion to Dismiss Defendant's Counterclaims Counts Nine through Thirteen (Dkt. No. 63. the "Motion"). The Court has determined that the Motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that the Motion should be and hereby is **DENIED**.