# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00232-JRG |
| ZHUHAI COSMX BATTERY CO., LTD., | § § § | |
| *Defendant*. | § | |

## ORDER

The Court issues this Order *sua sponte*. The *Markman* hearing in this case currently set for August 15, 2023 at 9:00 a.m. is hereby **moved** to August 15, 2023 at 1:30 p.m. CT. Only the time is changed. All other deadlines previously set by the Court remain the same.

**So ORDERED and SIGNED this 10th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE