IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, § § § Plaintiff, § § v. § § ZHUHAI COSMX BATTERY CO., LTD., § § Defendant. § | Civil Action No.: 2:22-CV-232 <br><br> **JURY TRIAL DEMANDED** |

**PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Rule 4-5(d) of the Local Patent Rules ("P.R.") of the Eastern District of Texas and the Amended Docket Control Order governing this action (Dkt. No. 100), Plaintiff Ningde Amperex Technology Limited ("ATL") and Defendant Zhuhai CosMX Battery Co., Ltd. ("CosMX") hereby submit this Joint Claim Construction Chart regarding U.S. Patent Nos. 10,833,363 and 10,964,987.[1]

The Parties propose that the claim construction hearing proceed term by term. To the extent the Court issues preliminary constructions before the hearing, the Parties propose that the party that disputes the preliminary construction argues first, followed by the party that agrees with the preliminary construction. Absent preliminary constructions, the Parties defer to the Court on who argues each term first.

---

[1] The parties agree no claim term in the remaining asserted patent, U.S. Patent No. 11,329,352 (the "'352 Patent"), requires construction.

| Disputed Claims Terms within U.S. Patent No. 10,964,987 | ATL's Proposed Construction | CosMX's Proposed Construction | Court's Construction |
|---|---|---|---|
| 1. A separator, comprising: a porous substrate; and | | | |
| a porous layer arranged on a surface of the porous substrate, wherein the porous layer comprises inorganic particles and a binder, and **a ratio of Dv90 of the inorganic particles to the thickness of the porous layer is in a range from 0.3 to 3.0**. | **Dv90**: [AGREED]<br><br>**a ratio of Dv90 of the inorganic particles to the thickness of the porous layer is in a range from 0.3 to 3.0:** Plain and ordinary meaning. | **Dv90**: [AGREED]<br><br>**a ratio of Dv90 of the inorganic particles to the thickness of the porous layer is in a range from 0.3 to 3.0:** Indefinite. Defendant asserts the '987 patent claims are indefinite because the '987 patent does not inform ordinary artisans how to measure Dv90 and the results can | **Dv90:** [Agreed Construction[2]]: "a particle size which reaches 90% of the cumulative volume from the side of small particle size in the granularity distribution on a volume basis."<br><br>**a ratio of Dv90 of the inorganic particles to the thickness of the porous layer is in a range from 0.3 to 3.0:** |

---

[2] Defendant contends that the following statement from the Joint Claim Construction Statement is still accurate: "The parties agree that the term "Dv90" as used in the '987 Patent means 'a particle size which reaches 90% of the cumulative volume from the side of small particle size in the granularity distribution on a volume basis, but disagree whether this term and the claim phrase in which it appears are indefinite." Dkt. 93 at 2. Plaintiff contends that Defendant failed to preserve any argument that the term "Dv90" on its own is indefinite because it did not make such an argument in its claim construction briefing and has already agreed to a construction for "Dv90."

| Disputed Claims Terms within U.S. Patent No. 10,964,987 | ATL's Proposed Construction | CosMX's Proposed Construction | Court's Construction |
|---|---|---|---|
| | | differ depending on how it is measured. | |

| Disputed Claims Terms within U.S. Patent No. 10,833,363 | ATL's Proposed Construction | CosMX's Proposed Construction | Court's Construction |
|---|---|---|---|
| 1. An electrolyte, comprising | | | |
| a **dinitrile compound**, a **trinitrile compound**, and propyl propionate, | **dinitrile compound:** Plain and ordinary meaning, no construction necessary.<br><br>In the alternative, plain and ordinary meaning which is "a compound comprising two cyano groups."<br><br>**trinitrile compound:** Plain and ordinary meaning, no construction necessary.<br><br>In the alternative, plain and ordinary meaning which is "a compound comprising three cyano groups." | **dinitrile compound:** Plain and ordinary meaning, which is "a compound with two cyano groups"<br><br>**trinitrile compound:** Plain and ordinary meaning, which is "a compound with three cyano groups" | **dinitrile compound:**<br><br>**trinitrile compound:** |

DATED: August 2, 2023                           Respectfully submitted,

By: /s/ *Michael D. Powell*
Michael D. Powell
California Bar No. 202850
Sean Pak (*pro hac vice pending*)
California Bar No. 219032
QUINN EMANUEL URQUHART & SULLIVAN LLP
mikepowell@quinnemanuel.com
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang
California Bar No. 260705
QUINN EMANUEL URQUHART & SULLIVAN LLP
lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Deron R. Dacus
Texas Bar No. 790553
THE DACUS FIRM, P.C.
ddacus@dacusfirm.com
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Attorneys for Plaintiff Ningde Amperex Technology Limited*

/s/ Eric Hugh Findlay
Eric Hugh Findlay
Texas Bar No. 00789886
FINDLAY CRAFT P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

Charles B. Walker, Jr.
Texas Bar No. 00794808
Layne E. Kruse
Texas Bar No. 11742550
Darryl W. Anderson
Texas Bar No. 24008694
Dewey J. Gonsoulin III
Texas Bar No. 24131337
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: 713-651-5203
Fax: 713-651-5246
Email: charles.walker@nortonrosefulbright.com
Email: layne.kruse@nortonrosefulbright.com
Email: darryl.anderson@nortonrosefulbright.com
Email: dewey.gonsoulin@nortonrosefulbright.com

Eric C. Green
Texas Bar No. 24069824
Valerie K. Barker
Texas Bar No. 24087141
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: 512-536-3073
Fax: 512-536-4598
Email: eric.green@nortonrosefulbright.com
Email: valerie.barker@nortonrosefulbright.com

Qingyu Yin (*pro hac vice* admitted)
James Richardson Barney (*pro hac vice* admitted)
Gerald Francis Ivey (*pro hac vice* admitted)
Jeffrey Curtiss Totten (*pro hac vice* admitted)
Lauren J. Robinson (*pro hac vice* admitted)

Daniel F. Klodowski (admitted *pro hac vice*)
Deena Kablaoui Lanier (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4213
Fax: 202-408-4400
Email: james.barney@finnegan.com
Email: qingyu.yin@finnegan.com
Email: gerald.ivey@finnegan.com
Email: jeffrey.totten@finnegan.com
Email: lauren.robinson@finnegan.com
Email: daniel.klodowski@finnegan.com
Email: deena.lanier@finnegan.com

Yanyi Liu (*pro hac vice* admitted)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Tel: 650-849-6626
Fax: 650-849-6666
Email: yanyi.liu@finnegan.com

Michael E. Kudravetz (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210
Tel: 617-646-1663
Fax: 617-646-1666
Email: michael.kudravetz@finnegan.com

*Counsel for Defendant Zhuhai CosMX Battery Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 2, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Y. Leon Lin
Yunzhi Leon Lin
QUINN EMANUEL
URQUHART & SULLIVAN LLP