# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED | § § § | |
| v. | § § | CASE NO. 2:22-cv-00232-JRG |
| ZHUHAI COSMX BATTERY CO., LTD. | § § | |

### MINUTES FOR MARKMAN HEARING
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### August 15, 2023

**OPEN:** 01:31 PM  **ADJOURN:** 02:52 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERKS: | Ryan Davies<br>Dylan Freeman |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 01:31 PM | Court opened. |
| 01:33 PM | Court called for announcements from counsel. |
| 01:34 PM | Court began hearing claim construction arguments on a claim-by-claim basis.<br>• Presented argument on behalf of Plaintiff: Mr. Powell.<br>• Presented argument on behalf of Defendant: Ms. Robinson. |
| 02:50 PM | Arguments concluded. |
| 02:51 PM | Court to take claim construction under submission. |
| 02:52 PM | Court adjourned. |