

**2:22-cv-00232-JRG**
Ningde Amperex Technology Limited v Zhuhai CosMX Battery Co Ltd
August 15, 2023 at 1:30 PM
**Markman Hearing**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Michael D Powell | Plaintiff - ATL |
| Lauren J Robinson | Defendant - CosMX |
| Jeffrey C Totten | Defendant - CosMX |
| Eric Findlay | " " |
| Gerald Ivey | " " |
| Layne Kruse | " " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |