

**2:22-cv-00232-JRG**
Ningde Amperex Technology Limited v Zhuhai CosMX Battery Co Ltd
October 13, 2023 at 9:00 AM (Meet and Confer) and 1:30 PM
Motion(s) Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Mike Powell | Plaintiff ATL |
| Deron Dacus | Plaintiff ATL |
| Chunmeng Yang | Plaintiff ATL |
| Eric Findlay | Defendant CosMX |
| Gerald Ivey | " " |
| Jeff Totten | " " |
| Qingu Yin | " " |
| Layne Kruse | " " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Cindy Chien | Plaintiff ATL |
| Alex Li | Defendant CosMX |