# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, § § § Plaintiff, § § v. § § ZHUHAI COSMX BATTERY CO., LTD., § § Defendant. | Civil Action No.: 2:22-CV-232<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO APPOINT TIANLU REDMON AND VIVAN JOSH AS INTERPRETERS

Plaintiff Ningde Amperex Technology Limited ("ATL") and Defendant Zhuhai CosMX Battery Co., Ltd. ("CosMX") (collectively, "the Parties"), by and through their counsel, jointly file this motion to appoint Ms. Tianlu Redmon and Ms. Vivan Josh to serve as interpreters for the upcoming trial.

To reduce confusion and make efficient use of time, the interpreters will not raise disagreements or disputes regarding their interpretation in front of the jury or with the Court. Instead, Mss. Redmon and Josh will take turns interpreting during trial; and only one interpreter will be interpreting for the record at any given time.

Both Mss. Redmon and Josh are well qualified as Mandarin interpreters. Their CVs are attached as Exhibits 1 and 2 to this Motion. The Parties agree that Mss. Redmon and Josh will not be utilized by either side for trial witness preparation, and agree not to have *ex parte* communications with Mss. Redmon and Josh regarding the substance of this case.

DATED: January 25, 2024    Respectfully submitted,

By: */s/ Michael D. Powell*
Michael D. Powell
California Bar No. 202850
Sean Pak (*pro hac vice*)
California Bar No. 219032
QUINN EMANUEL URQUHART & SULLIVAN LLP
mikepowell@quinnemanuel.com
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Lance Yang (*pro hac vice*)
California Bar No. 260705
QUINN EMANUEL URQUHART & SULLIVAN LLP
lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540
(903) 657-6003 (fax)

Deron R. Dacus
Texas Bar No. 790553
THE DACUS FIRM, P.C.
ddacus@dacusfirm.com
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Attorneys for Plaintiff Ningde Amperex Technology Limited*

/s/ Jeffrey C. Totten
Eric H. Findlay
Texas Bar No. 00789886
FINDLAY CRAFT PC
102 N College Avenue, Suite 900
Tyler, TX 75702
Tel: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

Charles B. Walker, Jr.
Texas Bar No. 00794808
Layne E. Kruse
Texas Bar No. 11742550
Darryl W. Anderson
Texas Bar No. 24008694
Dewey J. Gonsoulin III
Texas Bar No. 24131337
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney St, Suite 5100
Houston, TX 77010-3095
Telephone: (713)-651-5151
Facsimile: (713)-651-5246
Email: charles.walker@nortonrosefulbright.com
Email: layne.kruse@nortonrosefulbright.com
Email: darryl.anderson@nortonrosefulbright.com
Email: dewey.gonsoulin@nortonrosefulbright.com

Eric C. Green
Texas Bar No. 24069824
Valerie K. Barker
Texas Bar No. 24087141
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: 512-536-3073
Fax: 512-536-4598
Email: eric.green@nortonrosefulbright.com
Email: valerie.barker@nortonrosefulbright.com

Qingyu Yin (admitted *pro hac vice*)
Jeffrey C. Totten (admitted *pro hac vice*)
Lauren J. Robinson (admitted *pro hac vice*)
Tyler B. Latcham (admitted *pro hac vice*)

3

        Seke G. Godo (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4213
Fax: 202-408-4400
Email: qingyu.yin@finnegan.com
Email: jeffrey.totten@finnegan.com
Email: lauren.robinson@finnegan.com
Email: tyler.latcham@finnegan.com
Email: seke.godo@finnegan.com

Yanyi Liu (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Tel: 650-849-6626
Fax: 650-849-6666
Email: yanyi.liu@finnegan.com

*Counsel for Defendant Zhuhai CosMX Battery Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 25, 2024, all counsel of record for Defendant who are deemed to have consented to electronic service are being served with a copy of this document via email.

*/s/ Michael D. Powell*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendant, and both Parties have agreed to the proposed order submitted herewith.

*/s/ Michael D. Powell*