# EXHIBIT 1



**Tianlu Jia Redmon**—CERTIFIED COURT INTERPRETER FOR MANDARIN, CERTIFIED ENGLISH <> CHINESE TRANSLATOR, INTERPRETER TRAINER
Houston, Texas 77055 | 832.942.2008 | Tianlu@TianluChinese.com | www.TianluChinese.com

## INTERPRETATION AND TRANSLATION SPECIALIZATIONS

**Simultaneous & Consecutive Interpretation, Mandarin < > English**
**Certified Translation, Simplified & Traditional Chinese < > English**

- *Legal*: trials, hearings, depositions, investigations, and litigation support documents.
- *Business*: conferences, executive training, business missions, and hospital management.

## PROJECT HIGHLIGHT

Legal

- Interpreting for U.S. District Courts in Texas and Texas state courts. Go-to Mandarin interpreter for Fort Bend County Courts in Texas.
- Interpreting depositions, including in patent infringement, commercial litigation, and high-stakes divorce cases.
- Interpreted attorney-client meetings in cases related to DOJ's China Initiative in U.S. District Courts in Texas and California between 2020 and 2022.
- Interpreted for a federal grand jury and witness interviews in a sex trafficking case in the Eastern District of North Carolina.
- Translating litigation support documents for a multi-million-dollar contract dispute.
- Translated contracts for the development of a $500 million manufacturing facility built in the U.S.
- Translated and edited expert reports and opinion letters by lawyers on patent law, contract law, and international arbitration.
- Edited two non-provisional patent applications totaling over 20,000 words for Nike.

Conference

- Interpreted for the Fourth U.S.-China Sister Cities Mayors' Summit.
- Interpreted a conference hosted by the Wilson Center China Environment Forum on green banking.
- Interpreted for Ambassador Li Qiangmin at meetings held by the US-China Center for Medical Exchange.
- Interpreted a conference at the International Food Information Council between U.S. and Chinese government representatives.
- Interpreted meetings between ASTM International and Chinese government delegations.
- Interpreted a conference and reception for Austin and Chengdu municipal leaders during the SXSW Conference and Festivals.
- Interpreted for a week-long visit of school principals from Jiangsu, including seminars held by the University of North Carolina Center for International Understanding and visits to public schools in North Carolina.
- Interpreted a three-day workshop on the U.S. credit system for leaders from the Provincial and Municipal Commissions of Development and Reform in Jiangsu.
- Interpreted a week-long course at Georgetown University's McDonough School of Business on global business leadership and international relations.
- Interpreted multiple high-stakes meetings between high-net-worth Chinese business executives and University of North Carolina Global Development senior leaders.
- Interpreted for the Mayo Clinic, Cleveland Clinic, and Johns Hopkins Hospital during visits by Chinese hospital leaders and medical providers.

Others

- Interpreted for PetroChina (中石油) and CNOOC (中海油) during their visits to oil and gas service companies in Houston.
- Interpreted for GAC Group (广汽集团) during their first exhibition at the Detroit Auto Show.
- Interpreted a two-year-long weekly course for medical practitioners on nutritional therapy for cancer and degenerative diseases.
- Interpreted for producers and directors of Chinese programming at NBC Golf Channel from 2016 to 2017 during major tournaments.

## LANGUAGES, CERTIFICATIONS, AND AFFILIATIONS

- Native speaker of Mandarin.
- Qualified to interpret in U.S. Federal Courts.
- Master Licensed Court Interpreter (#2290) in Texas; Certified Court Interpreter in Louisiana, North Carolina, and Oklahoma.
- Language Chair and Grader, English-into-Chinese Certification Exam, American Translators Association.
- Certified English-into-Chinese and Chinese-into-English Translator (#519714), ATA.
- Member of the National Association of Judiciary Interpreters and Translators (NAJIT).
- Member of the Texas Association of Judiciary Interpreters and Translators (TAJIT).
- Public Relations Director (2018 – 2020), Houston Interpreters and Translators Association.
- Administrator (2020 – present) and Assistant Administrator (2018 – 2020), ATA Chinese Language Division.
- Leadership Council member (2015 – 2019), ATA Interpreters Division.

## TEACHING EXPERIENCE

*Adjunct Professor, Houston Community College*  Starting in 2024
- Designing and teaching a course on legal interpretation, including skills, terminology, and ethics.

*Mandarin Instructor and Tutor*  10/2013 – Present
- Teaching spoken and written Chinese to individual researchers and executives.
- Taught spoken Mandarin and Chinese culture and business etiquette to corporate employees.

*Adjunct Instructor, University of North Carolina at Chapel Hill, School of Medicine*  8/2014 – 5/2016
- Taught medical Mandarin terminology and Chinese culture to prepare UNC medical students for eliciting patients' chief complaint, taking medical history, and conducting physical exams.

*Adjunct Professor, St. Augustine's University*  8/2013 – 5/2014
- Designed and taught Elementary Chinese I and II courses to college students, focusing on verbal fluency and rudimentary knowledge of the written language.

## SPEAKING ENGAGEMENTS

- *Enhancing Legal Interpreting with AI Tools: ChatGPT and Beyond*
  ATA 64th Annual Conference, 2023
- *Interpreter? Interrupter? How to Be an Effective Interpreter for Cross-Examination*
  NAJIT 44th Annual Conference, 2023
- *Mandarin Court Interpreter Skills Building* (co-presenter)
  Maryland State Courts, 2022
- *Interpreter? Interrupter? How to Be an Effective Interpreter for Depositions*
  ATA 61st Annual Conference, 2020
- *A Translation Practice Group that Works"* (co-presenter)
  ATA 60th Annual Conference, 2019
- *From the Editor's Desk: Challenges in English>Chinese Contract Translation* (co-presenter)
  ATA 59th Annual Conference, 2018
- *Putting the POWER of Language to Work for Your Business*
  Asian American Chamber of Commerce, 2018
- *Chinese Food, History, Etiquette, and Survival Phrases: Be Prepared for Your China Trip*
  Arlington Chamber of Commerce, 2017

## EDUCATION

**St. John's College Graduate Institute**, Annapolis, Maryland
M.A., Liberal Arts, 2013, GPA: 3.5

**Guangdong University of Foreign Studies**, Guangzhou, China
B.A., English, 2011, GPA: 3.7, summa cum laude