# EXHIBIT 1



**WEI "Vivan" JOSH, MLCI, CCI**
Master Licensed Court Interpreter
Plano, TX 75024
Cell: (214) 215-5228
Email: Vivan@vjcts.com

**SUMMARY OF QUALIFICATIONS:**

- **TEXAS State Master Licensed Court Interpreter**
- **OKLAHOMA State Certified Courtroom Interpreter**
- **CALIFORNIA State Certified Court Interpreter**
- **ILLINOIS State Certified Court Interpreter**
- **FLORIDA State Certified Court Interpreter**
- **LOUISIANA State Certified Court Interpreter**
- **U. S. Federal Courts Approved Court Interpreter**
- **Contract Interpreter with U. S. Federal Courts / Department of Justice / Federal Public Defender's Office / State Courts**

A talented and highly requested Mandarin Interpreter with abundant litigation experience in language interpretation for Mandarin /Chinese (Native tongue) and English;

For the past 15+ years, I have been performing on a daily basis a wide variety of legal interpretation services. I have an abundance of experience interpreting for bench trials, jury trials, arbitrations, depositions ranging from individuals to large multinational corporations, covering criminal law, torts litigation, civil/commercial litigation, family law, employment law, intellectual property infringement litigation, anti-trust and federal & state criminal investigations.

I also have a/an:
- Intimate familiarity with both cultures
- Profound ability to express thoughts clearly and concisely
- Extensive legal and general vocabulary in both languages
- Excellent verbal and written communication skills in both languages
- Abundant experience in both consecutive and simultaneous modes of interpretation

**EXPERIENCE HIGHLIGHTS:**

- Environmental Crimes / EPA/ Antiques/ Endangered Species Smuggling/ Human Trafficking
- U. S. Export Restriction & Compliance Matters
- Patented Technologies IP Law Depositions / Jury Trials
- Copyright, Trademarks, and Trade Secrets Depositions / Jury Trials
- 337 Investigations and Hearings before ITC
- Arbitration Tribunal Hearings (AAA & JAMS)
- Federal Criminal Law Jury Trials
- State Criminal Jury Trials / Bench Trials
- Family Law Jury/ Bench Trials
- Employment Law Jury Trials
- Personal Injury Torts Law Jury Trials
- Civil/ Commercial Law Jury Trials

**EDUCATION:**

- Guangdong University of Foreign Studies, China – Faculty of English Language and Culture

**PROFESSIONAL MEMBERSHIPS:**

- National Association of Judiciary Interpreters & Translators
- Texas Association of Judiciary Interpreters & Translators
- American Translators Association -Voting Member