# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § § § § § § § § | |
| Plaintiff, | | **Civil Action No.: 2:22-CV-232** |
| v. | | **JURY TRIAL DEMANDED** |
| ZHUHAI COSMX BATTERY CO., LTD., | | |
| Defendant. | | |

## ORDER GRANTING JOINT MOTION TO APPOINT INTERPRETERS

Before the Court is Plaintiff Ningde Amperex Technology Limited and Defendant Zhuhai CosMX Battery Co., Ltd.'s Joint Motion to Appoint Tianlu Redmon and Vivan Josh as Interpreters (the "Joint Motion"). The Court, having considered the same, is of the opinion that the Joint Motion should be **GRANTED**.

1