# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, § § § | |
| Plaintiff, § § | **Civil Action No.: 2:22-CV-232** |
| v. § § | **JURY TRIAL DEMANDED** |
| ZHUHAI COSMX BATTERY CO., LTD., § § § | |
| Defendant. § | |

## DEFENDANT ZHUHAI COSMX BATTERY CO., LTD.'S IDENTIFICATION OF INVALIDITY THEORIES

Pursuant to the Court's Third Amended Docket Control Order (Dkt. 279), CosMX identifies the following invalidity theories and prior art references/combinations:[1]

- Claim 1 of U.S. Patent 10,833,363 is anticipated by *Zeng* (Patent Application Publication No. CN 106099187 A). See Section VIII.A of the opening expert report of Brett L. Lucht, Ph.D.

- Claim 1 of U.S. Patent 10,833,363 is anticipated by the sale of Samsung S9+ products and the batteries they included. See Section VIII.D of the opening expert report of Brett L. Lucht, Ph.D.

- Claim 1 of U.S. Patent 10,833,363 is anticipated by the DP018 and SW-E7 prior art electrolyte. See Sections VIII.E.1 and VIII.E.2 of the opening expert report of Brett L. Lucht, Ph.D.

- Claims 1 and 17 of U.S. Patent 10,964,987 are anticipated by the sale of CosMX's CA245065HV lithium ion battery cells for use in iPod Touch 6 products. See Section XIII.A of the opening expert report of Brett L. Lucht, Ph.D.

- Claim 1 of U.S. Patent 10,964,987 is anticipated by *Ueki* (U.S. Patent 9,190,668). See Section XII.E of the opening expert report of Brett L. Lucht, Ph.D.

- Claim 1 of U.S. Patent No. 11,329,352 is rendered obvious by *Wang* (Patent Application Publication No. CN 104157914 A) and *Deng* (Patent Application Publication No. CN 101826609 A) in view of the knowledge of one of ordinary skill in the art. See Section XVII.A of the opening expert report of Brett L.

---

[1] The election of these invalidity theories is based on the assumption that the claims ATL recently dropped from its infringement case will be dismissed with prejudice. To the extent these claims are not dismissed with prejudice, CosMX reserves the right to assert additional invalidity grounds against all claims asserted in ATL's infringement contentions.

Lucht, Ph.D.

CosMX intends to rely on the following equitable defenses to ATL's patent-infringement assertions: patent misuse and unclean hands. In addition, ATL is not able to meet the standards for injunctive relief on its patent claims.

DATED: January 25, 2024                         Respectfully submitted,

                                                By: */s/    Jeff C. Totten*
                                                Eric Hugh Findlay
                                                Texas Bar No. 00789886
                                                FINDLAY CRAFT PC
                                                7270 Crosswater Avenue
                                                Suite B
                                                Tyler, TX 75703
                                                Tel: 903-534-1100
                                                Fax: 903-534-1137
                                                Email: efindlay@findlaycraft.com

                                                Charles B. Walker, Jr.
                                                Texas Bar No. 00794808
                                                Layne E. Kruse
                                                Texas Bar No. 11742550
                                                Darryl W. Anderson
                                                Texas Bar No. 24008694
                                                Dewey J. Gonsoulin III
                                                Texas Bar No. 24131337
                                                Abraham Chang
                                                Texas Bar No. 24102827
                                                NORTON ROSE FULBRIGHT US LLP
                                                Fulbright Tower
                                                1301 McKinney St, Suite 5100
                                                Houston, TX 77010-3095
                                                Telephone: (713)-651-5151
                                                Facsimile: (713)-651-5246
                                                Email: dewey.gonsoulin@nortonrosefulbright.com
                                                Email: charles.walker@nortonrosefulbright.com
                                                Email: layne.kruse@nortonrosefulbright.com
                                                Email: darryl.anderson@nortonrosefulbright.com

                                                Eric C. Green
                                                Texas Bar No. 24069824
                                                Valerie K. Barker

Texas Bar No. 24087141
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: 512-536-3073
Fax: 512-536-4598
Email: eric.green@nortonrosefulbright.com
Email: valerie.barker@nortonrosefulbright.com

Marisa O. Madaras (admitted *pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
799 9th Street, Suite 100
Washington, DC 20001-4413
Tel: 202-662-0200
Email: marisa.madaras@nortonrosefulbright.com

Gerald F. Ivey (admitted *pro hac vice*)
James R. Barney (admitted *pro hac vice*)
Qingyu Yin (admitted *pro hac vice*)
Jeffrey C. Totten (admitted *pro hac vice*)
D. Brian Kacedon (admitted *pro hac vice*)
Lauren J. Robinson (admitted *pro hac vice*)
Daniel F. Klodowski (admitted *pro hac vice*)
Deena Kablaoui Lanier (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4213
Fax: 202-408-4400
Email: gerald.ivey@finnegan.com
Email: james.barney@finnegan.com
Email: qingyu.yin@finnegan.com
Email: jeffrey.totten@finnegan.com
Email: lauren.robinson@finnegan.com
Email: daniel.klodowski@finnegan.com
Email: deena.lanier@finnegan.com

Yanyi Liu (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Tel: 650-849-6626
Fax: 650-849-6666

4

> Email: yanyi.liu@finnegan.com
>
> Michael E. Kudravetz (admitted *pro hac vice*)
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> Two Seaport Lane, 6th Floor
> Boston, MA 02210
> Tel: 617-646-1663
> Fax: 617-646-1666
> Email: michael.kudravetz@finnegan.com
>
> *Counsel for Defendant*
> *Zhuhai CosMX Battery Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Plaintiff/Counter-Defendant's counsel of record was served with a true and correct copy of the foregoing document via electronic mail on January 25, 2024.

/s/ *Jeff C. Totten*
Jeff C. Totten

5