# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § |
| *Plaintiff*, | § § |
| v. | §   CIVIL ACTION NO. 2:22-CV-00232-JRG § |
| ZHUHAI COSMX BATTERY CO., LTD., | § § § |
| *Defendant*. | § |

## ORDER

Before the Court is the parties' Joint Motion to Appoint Tianlu Redmon and Vivan Josh as Interpreters (the "Motion"). (Dkt. No. 317.) In the Motion, the parties request that Ms. Tianlu Redmon and Ms. Vivan Josh serve as Mandarin interpreters in the upcoming trial. (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is hereby **ORDERED** that Ms. Tianlu Redmon and Ms. Vivan Josh are appointed as Mandarin interpreters.

**So ORDERED and SIGNED this 29th day of January, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE