# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NINGDE AMPEREX TECHNOLOGY LIMITED** § § § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00232-JRG |
| **ZHUHAI COSMX BATTERY CO., LTD.** § § § | |

## MINUTES FOR JURY TRIAL DAY NO. 5
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### February 7, 2024

**OPEN:** 08:24 AM  **ADJOURN:** 04:09 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Dylan Freeman<br>Jeffrey Jacobsen<br>Christian Tatum |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:25 AM | Jury entered the courtroom. |
| 08:26 AM | Continuation Defendant's case-in-chief: |
| 08:26 AM | Continuation direct examination of Dr. Robert S. Maness by Mr. Kruse. |
| 08:42 AM | Cross examination of Dr. Robert S. Maness by Mr. Wolfson. |
| 09:19 AM | Redirect examination of Dr. Robert S. Maness by Mr. Kruse. |
| 09:22 AM | Recross examination of Dr. Robert S. Maness by Mr. Wolfson. |
| 09:22 AM | Completion of testimony of Dr. Robert S. Maness. |
| 09:23 AM | Defendant rested its case-in-chief. |
| 09:23 AM | Plaintiff's rebuttal case: |
| 09:23 AM | Witness sworn. |
| 09:23 AM | Direct examination of rebuttal witness Dr. Mike Akemann by Mr. Wolfson. |
| 09:52 AM | Cross examination of rebuttal witness Dr. Mike Akemann by Mr. Anderson. |
| 10:05 AM | Redirect examination of rebuttal witness Dr. Mike Akemann by Mr. Wolfson. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:07 AM | Recross examination of rebuttal witness Dr. Mike Akemann by Mr. Anderson. |
| 10:08 AM | Completion of testimony of Dr. Mike Akemann. |
| 10:09 AM | Jury recessed for break. |
| 10:09 AM | Recess. |
| 10:27 AM | Court reconvened. |
| 10:28 AM | Jury returned to courtroom. |
| 10:29 AM | Direct examination of rebuttal witness Dr. Troy Hayes by Mr. Yang. |
| 10:36 AM | Bench conference. |
| 10:37 AM | Bench conference concluded. |
| 10:37 AM | Continuation direct examination of rebuttal witness Dr. Troy Hayes by Mr. Yang. |
| 10:58 AM | Cross examination of rebuttal witness Dr. Troy Hayes by Mr. Yang. |
| 11:25 AM | Redirect examination of rebuttal witness Dr. Troy Hayes by Mr. Yang. |
| 11:27 AM | Completion of testimony of Dr. Troy Hayes. |
| 11:27 AM | Direct examination of rebuttal witness Dr. Steve Martin by Mr. Yang. |
| 11:32 AM | Bench conference. |
| 11:36 AM | Bench conference concluded. |
| 11:36 AM | Continuation direct examination of rebuttal witness Dr. Steve Martin by Mr. Yang. |
| 11:37 AM | **Courtroom sealed.** |
| 11:37 AM | Continuation direct examination of rebuttal witness Dr. Steve Martin by Mr. Yang. |
| 11:56 AM | **Courtroom unsealed.** |
| 11:57 AM | Jury recessed for lunch break. |
| 11:57 AM | Recess. |
| 01:02 PM | Court reconvened. |
| 01:04 PM | Jury returned to courtroom. |
| 01:04 PM | Cross examination of rebuttal witness Dr. Steve Martin by Mr. Barney. |
| 01:39 PM | Redirect examination of rebuttal witness Dr. Steve Martin by Mr. Yang. |
| 01:46 PM | Completion of testimony of Dr. Steve Martin. |
| 01:46 PM | Direct examination of rebuttal witness Mr. Louis Hruska by Mr. Yang. |
| 02:05 PM | Cross examination of rebuttal witness Mr. Louis Hruska by Mr. Barney. |
| 02:16 PM | Bench conference. |
| 02:17 PM | Bench conference concluded. |
| 02:17 PM | Redirect examination of rebuttal witness Mr. Louis Hruska by Mr. Yang. |
| 02:19 PM | Completion of testimony of Mr. Louis Hruska. |
| 02:19 PM | Plaintiff rested its rebuttal case. |
| 02:20 PM | Both sides rested. |
| 02:20 PM | Court provided instructions to Jury. |
| 02:24 PM | Jury excused for the remainder of the day to return tomorrow at 9:00 AM. |
| 02:25 PM | Court will take up Rule 50(a) motions following recess. |
| 02:28 PM | Recess. |
| 02:52 PM | Court reconvened. |
| 02:53 PM | Court took up Rule 50(a) motions. |
| 02:53 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 02:58 PM | Court began hearing argument on Rule 50(a) motions. |
| 04:05 PM | Argument concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:05 PM | Court made rulings as set forth in the record. |
| 04:06 PM | Completion of hearing re: Rule 50(a) motions. |
| 04:06 PM | Court to recess and reconvene at 4:20 PM to conduct informal charge conference (off the record) in chambers. |
| 04:07 PM | Formal charge conference (on the record) will be conducted at 8:00 AM tomorrow morning followed by the Court's final instructions to the Jury and closing arguments. |
| 04:09 PM | Recess. |