**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:22-CV-00232-JRG |
| ZHUHAI COSMX BATTERY CO., LTD., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Redact Transcripts (the "Motion"). (Dkt. No. 365.) In the Motion, the parties request that the Court redact certain portions of the Jury Trial Transcripts (Dkt. Nos. 337, 339, 351, 353, 355, and 356). (*Id.*) The parties attached copies of the Jury Trial Transcripts with the relevant portions to be redacted from the transcripts highlighted in Exhibits A–F. (Dkt. Nos. 365-1, 365-2, 365-3, 365-4, 365-5, and 365-6.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that relevant portions of Jury Trial Transcripts (Dkt. Nos. 337, 339, 351, 353, 355, and 356) be redacted consistent with Exhibits A–F of the Motion. (Dkt. Nos. 365-1, 365-2, 365-3, 365-4, 365-5, and 365-6.)

**So Ordered this**

**May 19, 2024**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE