IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, §§§§§ Plaintiff, § § v. § § ZHUHAI COSMX BATTERY CO., LTD., §§§ Defendant. | Civil Action No.: 2:22-CV-232 |

**JOINT POST-TRIAL MOTION REGARDING SUPPLEMENTAL DAMAGES**

Plaintiff Ningde Amperex Technology Ltd. ("ATL") and Zhuhai CosMX Battery Co., Ltd. ("CosMX") (collectively, the "Parties") hereby jointly move under Federal Rule of Civil Procedure 59(e) to amend the judgment (Dkt. 369) to include an award of supplemental damages.

"A patentee is entitled to damages for the entire period of infringement and should therefore be awarded supplemental damages for any periods of infringement not covered by the jury verdict." *Mondis Tech. Ltd. v. Chimei InnoLux Corp.*, 822 F. Supp. 2d 639, 642 (E.D. Tex. 2011) (quoting *Datatreasury Corp. v. Wells Fargo & Co.*, Case No. 2:06–cv–72–DF–CE, Dkt. No. 2496, at 9 (E.D.Tex. Aug. 2, 2011)). Further, pursuant to the Court's Final Judgment, ATL is entitled to prejudgment interest. Dkt. 369 ¶ 10 (citing 35 U.S.C. § 284). The parties have met and conferred, and jointly request that the Court amend the Final Judgment and award ATL supplemental damages and prejudgment interest in the amount of **$459,127 U.S. Dollars**.[1] This

---

[1] Notwithstanding this Joint Motion, both parties reserve their right to appeal the judgment or to preserve the judgment based on evidence in the record.

1

would bring the total amount of the Amended Final Judgment to **$5,160,234**.

DATED: May 24, 2024                     Respectfully submitted,

By: */s/ Mike Powell*
G. Blake Thompson
State Bar No. 24042033
Blake@TheMannFirm.com
MANN | TINDEL | THOMPSON
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540
(903) 657-6003 (fax)

Michael D. Powell
California Bar No. 202850
Sean Pak
California Bar No. 219032
QUINN EMANUEL URQUHART & SULLIVAN LLP
mikepowell@quinnemanuel.com
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Adam Wolfson
California Bar No. 262125
Lance Yang
California Bar No. 260705
QUINN EMANUEL URQUHART & SULLIVAN LLP
lanceyang@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Brady Cox (TX Bar No. 24074084)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: brady.cox@alston.com

Kirk T. Bradley (NC Bar No. 26490)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: kirk.bradley@alston.com

Katherine G. Rubschlager (CA Bar No. 328100)
ALSTON & BIRD LLP
560 Mission St., Suite 2100
San Francisco, CA 94105
Telephone: (415) 214-1000
Facsimile: (415) 214-1001
Email: katherine.rubschlager@alston.com

*Attorneys for Plaintiff Ningde Amperex Technology Limited*

By: */s/ Charles Walker*
Eric H. Findlay
Texas Bar No. 00789886
FINDLAY CRAFT PC
102 N College Avenue, Suite 900
Tyler, TX 75702
Tel: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

Gerald F. Ivey (admitted pro hac vice)
James R. Barney (admitted pro hac vice)
Qingyu Yin (admitted pro hac vice)
Jeffrey C. Totten (admitted pro hac vice)
Lauren J. Robinson (admitted pro hac vice)
D. Brian Kacedon (admitted pro hac vice)
Daniel F. Klodowski (admitted pro hac vice)
Deena K. Lanier (admitted pro hac vice)
Spencer H. Perkins (admitted pro hac vice)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: 202-408-4213
Fax: 202-408-4400
Email: gerald.ivey@finnegan.com
Email: james.barney@finnegan.com
Email: qingyu.yin@finnegan.com
Email: jeffrey.totten@finnegan.com
Email: lauren.robinson@finnegan.com
Email: brian.kacedon@finnegan.com
Email: daniel.klodowski@finnegan.com
Email: deena.lanier@finnegan.com
Email: spencer.perkins@finnegan.com

Yanyi Liu (admitted pro hac vice)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Tel: 650-849-6626
Fax: 650-849-6666
Email: yanyi.liu@finnegan.com

Michael E. Kudravetz (admitted pro hac vice)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Tel: 617-646-1663
Fax: 617-646-1666
Email: michael.kudravetz@finnegan.com

Charles B. Walker, Jr.
Texas Bar No. 00794808
Jaime Stark
Texas Bar No. 24101163
Abraham Chang
Texas Bar No. 24102827
Darryl Anderson
Texas State Bar No. 24008694
Layne E. Kruse
Texas State Bar No. 11742550
Dewey J. Gonsoulin III
Texas State Bar No. 24131337
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: 713-651-5203
Fax: 713-651-5246
Email: charles.walker@nortonrosefulbright.com
Email: jaime.stark@nortonrosefulbright.com
Email: abraham.chang@nortonrosefulbright.com
Email: darryl.anderson@nortonrosefulbright.com
Email: layne.kruse@nortonrosefulbright.com
Email: dewey.gonsoulin@nortonrosefulbright.com

Marisa Madaras (admitted pro hac vice)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW #1000
Washington, DC 20001-4413
Tel: 202-662-0200
Fax: 202-662-0200
Email: marisa.madaras@nortonrosefulbright.com

*Counsel for Zhuhai CosMX Battery Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on May 24, 2024.

> */s/ Mike Powell*
> Mike Powell

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred with respect to this motion and this motion is jointly made and unopposed.

> */s/ Michael D. Powell*