AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED<br>v.<br>ZHUHAI COSMX BATTERY CO., LTD. | )<br>)<br>)  Case No.: 2:22-CV-232<br>)<br>) |

**BILL OF COSTS**

Judgment having been entered in the above entitled action on  04/26/2024  against  Defendant CosMX ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................ | $ 402.00 |
| Fees for service of summons and subpoena ............................. | 680.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 258,215.41 |
| Fees and disbursements for printing ................................... | |
| Fees for witnesses *(itemize on page two)* .............................. | 49,054.31 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................. | 32,264.17 |
| Docket fees under 28 U.S.C. 1923 .................................... | |
| Costs as shown on Mandate of Court of Appeals .......................... | |
| Compensation of court-appointed experts ............................... | 3,241.64 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 60,917.44 |
| Other costs *(please itemize)* ......................................... | 95,225.03 |
| TOTAL | $ 500,000.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:  /s/ Mike Powell

Name of Attorney:  Mike Powell

For:  NINGDE AMPEREX TECHNOLOGY LIMITED      Date:  07/09/2024
*Name of Claiming Party*

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*           *Deputy Clerk*              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Joe Lam, Hong Kong | 10 | 400.00 | 10 | 1,630.50 | | 10,156.16 | $12,186.66 |
| Xinghua Tao, Ningde China | 3 | 120.00 | 3 | 468.50 | | 11,318.44 | $11,906.94 |
| Louis Hruska, Paso Robles, CA | 8 | 320.00 | 8 | 1,298.50 | | 2,954.03 | $4,572.53 |
| Steve Martin, Ames, IA | 8 | 320.00 | 8 | 1,298.50 | | 2,726.61 | $4,345.11 |
| Peipei Guo, Ningde China | 6 | 240.00 | 6 | 966.50 | | 3,730.44 | $4,936.94 |
| Fei Wu, Ningde China | 3 | 120.00 | 3 | 468.50 | | 3,766.70 | $4,355.20 |
| | | | | | | TOTAL | $42,303.38 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Troy Hayes, Menlo Park, CA | 8 | 320.00 | 8 | 1,298.50 | | 1,700.49 | $3,318.99 |
| Alan Ratliff, Houston, TX | 2 | 80.00 | 2 | 88.50 | | | $168.50 |
| Mike Akemann, Emeryville, CA | 8 | 320.00 | 8 | 1,298.50 | | 1,649.14 | $3,267.64 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $6,755.13 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| DATE | NARRATIVE | INVOICE NUMBER | AMOUNT OF BILL |
|---|---|---|---|
| | **COURT FEES** | | |
| 6/24/2022 | Filing Fee - Original Complaint | | $402.00 |
| 12/21/2023 | Legal Services Fee - Technical Advisor Michael Dean Paul | | $3,241.64 |
| | **SUBTOTAL** | | **$3,643.64** |
| | **HEARING TRANSCRIPT COSTS** | | |
| 10/28/2023 | Court Reporter for Hearing on 10/13/2023 | 2270 | $94.00 |
| 1/21/2024 | Transcript of Pre-Trial Conference on 1/17/2024 | 1192 | $268.00 |
| 1/23/2024 | Trial Deposit for Court Reporter on 1/23/2024 | 1193 | $15,000.00 |
| 2/6/2024 | Court Reporter Fees for Trial | 20240010 | $17,987.80 |
| | **SUBTOTAL** | | **$33,349.80** |
| | **DEPOSITION & VIDEO COSTS** | | |
| 6/24/2023 | Deposition Transcript of Seth Miller on 6/16/2023 | 6664373 | $3,294.75 |
| 6/27/2023 | Videography Services for Deposition of Xinghua Tao on 6/27/2023 | 602786 | $1,156.50 |
| 6/30/2023 | Videography Services for Deposition of Zengbin Wei on 6/30/2023, Vol. II | 602789 | $1,109.00 |
| 7/5/2023 | Videography Services for Deposition of Seth Miller on 6/16/2023 | 6685127 | $2,343.00 |
| 7/12/2023 | Deposition Transcript of Xinghua Tao on 6/27/2023; remaining balance after retainer | 595453 | $2,060.30 |
| 7/12/2023 | Deposition Transcript of Fei Wu on 6/28/2023 | 595283 | $2,151.60 |
| 7/12/2023 | Deposition Transcript of Fei Wu on 6/27/2023 | 594911 | $2,057.55 |
| 7/12/2023 | Deposition Trancsript of Qiao Zeng on 6/26/2023 | 594639 | $2,142.80 |
| 7/12/2023 | Deposition Transcript of Zengbin Wei on 6/29/2023 | 595626 | $2,076.25 |
| 7/12/2023 | Deposition Transcript of Xinghua Tao on 6/28/2023 | 595454 | $2,114.20 |
| 7/12/2023 | Deposition Transcript of Zengbin Wei on 6/30/2023, Vol. I | 595626 | $2,076.25 |
| 7/13/2023 | Deposition Transcript of Zengbin Wei on 6/30/2023, Vol. II | 595910 | $2,102.65 |
| 7/14/2023 | Deposition Transcript of Liangzhen Xiao on 6/29/2023 | 595584 | $2,092.20 |
| 8/15/2023 | Videography Services for Deposition of Xinghua Tao on 6/28/2023, Vol. II | 602787 | $1,299.00 |
| 8/15/2023 | Videography Services for Deposition of Qiao Zeng on 6/26/2023 | 602783 | $1,684.00 |
| 8/15/2023 | Videography Services for Deposition of Zengbin Wei on 6/29/2023 | 602788 | $1,589.00 |
| 8/15/2023 | Videography Services for Deposition of Fei Wu on 6/27/2023 | 602784 | $819.00 |
| 8/15/2023 | Videography Services for Deposition of Fei Wu on 6/28/2023, Vol. II | 602785 | $1,204.00 |
| 8/15/2023 | Videography Services for Deposition of Liangzhen Xiao on 6/29/2023 | 602790 | $1,346.50 |
| 9/13/2023 | Deposition Transcript of Peipei Guo on 8/29/2023 | 608641 | $2,109.80 |
| 9/13/2023 | Videography Services for Deposition of Peipei Guo on 8/29/2023 | 608642 | $1,684.00 |
| 9/19/2023 | Deposition Transcript of Jian Zhang on 9/2/2023 | 6830158 | $2,076.75 |
| 9/20/2023 | Deposition Trascript of Sheng Liu on 9/1/2023 | 609656 | $2,384.80 |
| 9/20/2023 | Deposition Transcript for Kefei Wang on 9/1/2023 | 609774 | $2,112.00 |
| 9/20/2023 | Videography Services for Deposition of Kefei Wang on 9/1/2023 | 609775 | $1,636.50 |
| 9/20/2023 | Videography Services for Deposition of Sheng Liu on 9/1/2023 | 609657 | $1,684.00 |
| 9/21/2023 | Deposition Transcript for Joe Lam on 9/8/2023 | 610854 | $309.50 |
| 9/21/2023 | Deposition Transcript for Chao Tang on 9/4/2023 | 609681 | $1,068.00 |

| Date | Description | Invoice | Amount |
|---|---|---|---|
| 9/21/2023 | Deposition Trancsript for Jinsen Qian on 9/7/2023 | 610527 | $2,030.05 |
| 9/21/2023 | Deposition Transcript for Liangxin Yang on 9/6/2023 | 610262 | $2,044.35 |
| 9/21/2023 | Deposition Transcript for Xiaodong Cao on 9/4/2023 | 6830000 | $3,505.20 |
| 9/21/2023 | Deposition Transcript for Wenhua Tang on 8/31/2023, Vol. II | 6836656 | $2,844.70 |
| 9/21/2023 | Deposition Transcript for Wenhua Tang on 8/30/2023 | 6836327 | $3,626.40 |
| 9/21/2023 | Videography Services for Deposition of Joe Lam on 9/8/2023 | 610855 | $386.50 |
| 9/21/2023 | Videography Services for Deposition of Chao Tang on 9/4/2023 | 609682 | $1,346.50 |
| 9/21/2023 | Videography Services for Deposition of Jinsen Qian on 9/7/2023 | 610528 | $1,541.50 |
| 9/21/2023 | Videography Services for Deposition of Liangxin Yang on 9/6/2023 | 610263 | $636.50 |
| 9/21/2023 | Videography Services for Deposition of Xiaodong Cao on 9/4/2023 | 6857496 | $3,243.00 |
| 9/21/2023 | Videography Services for Deposition of Wenhua Tang on 8/31/2023, Vol. II | 6858114 | $2,043.00 |
| 9/21/2023 | Videography Services for Deposition of Wenhua Tang on 8/30/2023 | 6852038 | $2,943.00 |
| 9/21/2023 | Deposition Transcript of Chun Tsung Yang on 9/2/2023 | 6827220 | $4,836.75 |
| 9/23/2023 | Deposition Transcript for Meng Cao on 9/1/2023 | 6839856 | $2,746.70 |
| 9/23/2023 | Videography Services for Deposition of Yitai Hu on 8/25/2023 | 6845254 | $1,288.00 |
| 9/23/2023 | Deposition Transcript for Furong Guo on 9/2/2023 | 6839862 | $3,041.45 |
| 9/25/2023 | Videography Services for Deposition of Chun Tsung Yang on 9/2/2023 | 6864383 | $3,598.00 |
| 9/25/2023 | Videography Services for Deposition of Meng Cao on 9/1/2023 | 6864123 | $1,503.00 |
| 9/25/2023 | Videography Services for Deposition of Jian Zhang on 9/2/2023 | 6864289 | $2,488.00 |
| 9/25/2023 | Videography Services for Deposition of Furong Guo on 9/2/2023 | 6864385 | $3,388.00 |
| 9/26/2023 | Deposition Trasnscript for Hu Zou on 9/13/2023 | 6864785 | $3,980.90 |
| 9/26/2023 | Deposition Transcript for Jinhua Wei on 9/10/2023 | 6844734 | $4,105.00 |
| 9/28/2023 | Deposition Video Recording for James Huang on 9/12/2023 | 609733 | $724.00 |
| 9/28/2023 | Deposition Transcript for XiaoHe Fan on 9/12/2023 | 611815 | $904.35 |
| 9/28/2023 | Deposition Transcript for XinHui Zhou on 9/10/2023 | 611537 | $1,113.65 |
| 9/28/2023 | Deposition Transcript for James Huang on 9/12/2023 | 609732 | $1,414.70 |
| 9/28/2023 | Videography Services for Deposition of XiaoHe Fan on 9/12/2023 | 611816 | $1,204.00 |
| 9/28/2023 | Videography Services for Deposition of XinHui Zhou on 9/10/2023 | 611539 | $1,156.50 |
| 9/29/2023 | Deposition Transcript for Yitai Hu on 8/25/2023 | 6817550 | $1,155.10 |
| 9/29/2023 | Deposition Transcript for Alex Li on 9/8/023 | 6832801 | $2,200.00 |
| 9/29/2023 | Deposition Transcript for Jiangtao Song on 9/5/2023 | 6829442 | $2,285.25 |
| 9/29/2023 | Deposition Transcript for Hai Wang on 9/4/2023 | 6844510 | $3,317.30 |
| 9/29/2023 | Videography Services for Deposition of Jiantao Song on 9/5/2023 | 6867484 | $1,908.00 |
| 9/29/2023 | Videography Services for Deposition of Jinhua Wei on 9/10/2023 | 6878064 | $3,388.00 |
| 9/29/2023 | Videography Services for Deposition of Hai Wang on 9/4/2023 | 6868038 | $2,688.00 |
| 10/3/2023 | Videography Services for Deposition of Alex Li on 9/8/2023 | 6883359 | $1,803.00 |
| 10/4/2023 | Deposition Transcript for Suli Li on 9/6/2023 | 6836786 | $3,499.90 |
| 10/4/2023 | Videography Services for Deposition of Suli Li on 9/6/2023 | 6874417 | $2,343.00 |
| 10/5/2023 | Videography Services for Deposition of Hu Zou on 9/13/2023 | 6887772 | $3,903.00 |
| 10/10/2023 | Deposition Transcript for Patrick Ng on 9/18/2023 | 610991 | $581.00 |

| Date | Description | Invoice | Amount |
|---|---|---|---|
| 10/10/2023 | Videography Services for Deposition of Patrick Ng on 9/18/2023 | 610992 | $299.00 |
| 10/12/2023 | Deposition Transcript for Peng Ning on 9/27/2023 | 6895581 | $2,973.60 |
| 10/12/2023 | Videography Services for Deposition of Peng Ning on 9/27/2023 | 6903375 | $3,123.00 |
| 10/18/2023 | Deposition Transcript for Keke He on 10/6/2023 | 6895448 | $2,430.20 |
| 10/19/2023 | Deposition Transcript for He Fei on 10/13/2023 | 6917909 | $2,577.65 |
| 10/20/2023 | Deposition Transcript for Jacques deLisle on 10/20/2023 | 620892 | $560.52 |
| 10/24/2023 | Deposition Transcript for Brett Lucht on 10/19/2023 | 6930161 | $4,640.75 |
| 10/24/2023 | Videography Services for Deposition of Keke He on 10/6/2023 | 6929341 | $2,163.00 |
| 10/25/2023 | Deposition Transcript for Brett Lucht on 10/20/2023 | 6930660 | $3,729.20 |
| 10/25/2023 | Videography Services for Deposition of Tiankai Lin on 10/25/2023 | 621779 | $2,069.00 |
| 10/31/2023 | Deposition Transcript for Paul Oyer on 10/20/2023 | 6933668 | $1,744.80 |
| 10/31/2023 | Deposition Transcript for Steve W. Martin on 10/20/2023 | 620813 | $1,878.12 |
| 10/31/2023 | Videography Services for Deposition of Jacques deLisle on 10/20/2023 | 620893 | $299.00 |
| 10/31/2023 | Videography Services for Deposition of Steve W. Martin on 10/20/2023 | 620814 | $1,224.00 |
| 11/2/2023 | Deposition Transcript for Louis Hruska on 10/23/2023 | 621100 | $1,958.37 |
| 11/2/2023 | Deposition Transcript for Robert Maness on 10/25/2023 | 6937850 | $3,784.30 |
| 11/2/2023 | Videography Services for Deposition of Louis Hruska on 10/23/2023 | 621101 | $1,199.00 |
| 11/7/2023 | Deposition Transcript for Troy Hayes on 10/25/2023 | 621796 | $2,052.85 |
| 11/7/2023 | Deposition Transcript for Michael Patrick Akemann on 10/19/2023 | 622169 | $1,063.25 |
| 11/7/2023 | Deposition Transcript for Alan Ratliff on 10/24/2023 | 621390 | $1,708.20 |
| 11/7/2023 | Videography Services for Deposition of Michael Patrick Ackemann on 10/19/2023 | 622171 | $574.00 |
| 11/7/2023 | Videography Services for Deposition of Alan Ratliff on 10/24/2023 | 621392 | $924.00 |
| 11/7/2023 | Videography Services for Deposition of Troy Hayes on 10/25/2023 | 621797 | $1,274.00 |
| 11/7/2023 | Videography Services for Deposition of Paul Oyer on 10/20/2023 | 6962949 | $1,053.00 |
| 11/8/2023 | Deposition Transcript for Todd Schoettelkotte on 10/24/2023 | 6967574 | $4,105.60 |
| 11/8/2023 | Deposition Transcript for Lui Yanxi on 10/24/2023, Vol. I | 6937861 | $3,309.95 |
| 11/8/2023 | Deposition Transcript for Liu Yanxi on 10/24/2023, Vol. II | 6937871 | $2,284.95 |
| 11/8/2023 | Deposition Transcript for Liu Wei on 10/20/2023 | 6937013 | $3,856.90 |
| 11/8/2023 | Videography Services for Deposition of Liu Yanxi on 10/23/2023, Vol. I | 6968007 | $4,033.00 |
| 11/8/2023 | Videography Services for Deposition of Liu Wei on 10/20/2023 | 6967908 | $3,678.00 |
| 11/9/2023 | Videography Services for Deposition of Liu Yanxi on 10/24/2023, Vol. II | 6971689 | $1,938.00 |
| 11/10/2023 | Videography Services for Deposition of Robert Maness on 10/25/2023 | 6973271 | $1,953.00 |
| 11/14/2023 | Deposition Transcript for Tiankai Lin on 10/25/2023 | 621778 | $2,043.25 |
| 11/20/2023 | Videography Services for Deposition of Brett D. Lucht on 10/19/2023 | 6971437 | $2,872.00 |
| 11/25/2023 | Videography Services for Deposition of Brett D. Lucht on 10/20/2023, Vol. II | 6985369 | $2,638.00 |
| 12/5/2023 | Videography Services for Deposition of He Fei on 10/13/2023 | 7027767 | $1,923.00 |
| 12/7/2023 | Videography Services for Deposition of Todd Schoettelkotte on 10/24/2023 | 7034103 | $2,388.00 |
| **SUBTOTAL** | | | **$224,865.61** |
| **SUBPOENA SERVICE COSTS** | | | |
| 6/30/2023 | Service of Subpoena to Microsoft Corporation | 5388000.136551 | $40.00 |

| Date | Description | Reference | Amount |
|---|---|---|---|
| 6/30/2023 | Service of Subpoena to Apple Inc. | 5388000.136543 | $40.00 |
| 6/30/2023 | Service of Subpoena to Texas Instruments Inc. | 5388000.136553 | $40.00 |
| 6/30/2023 | Service of Subpoena to I2RTech Co., Ltd. | 5388000.136550 | $40.00 |
| 6/30/2023 | Service of Subpoena to Lenovo Inc. | 5388000.137011 | $40.00 |
| 6/30/2023 | Service of Subpoena to ZTE USA | 5388000.136554 | $40.00 |
| 6/30/2023 | Service of Subpoena to Motorola Mobility LLC | 5388000.136552 | $40.00 |
| 6/30/2023 | Service of Subpoena to ASUS Computer International | 5388000.136544 | $40.00 |
| 6/30/2023 | Service of Subpoena to HP Inc. c/o CT Corporation System | 5388000.136610 | $40.00 |
| 6/30/2023 | Service of Subpoena to Dell Inc. | 5388000.136549 | $40.00 |
| 6/30/2023 | Service of Subpoena to Acer America Corporation c/o CT Corporation System | 5388000.136617 | $40.00 |
| 6/30/2023 | Service of Subpoena to Amazon.com Inc. | 5388000.136548 | $40.00 |
| 6/30/2023 | Service of Subpoena to Meta Platforms, Inc. | 5388000.136547 | $40.00 |
| 6/30/2023 | Service of Subpoena to Facebook | 5388000.136545 | $40.00 |
| 8/17/2023 | Service of Subpoena to Vinson & Elkins LLP | 5388000.138301 | $40.00 |
| 8/23/2023 | Service of Subpoena to ASUS Computer International c/o CT Corporation System | 5388000.138389 | $40.00 |
| 8/29/2023 | Service of Subpoena to ASUS Tech USA c/o CT Corporation System | 5388000.138390 | $40.00 |
| | **SUBTOTAL** | | **$680.00** |
| | **USPTO CERTIFIED RECORDS COSTS** | | |
| 11/7/2023 | Copies of Certified Patent Wrappers and Certified Patent Copies | 8430051 | $255.00 |
| | **SUBTOTAL** | | **$255.00** |
| | **SUPPLIES FOR TRIAL & PRINTING COSTS** | | |
| Various | Document Services | Various | $32,264.17 |
| | **SUBTOTAL** | | **$32,264.17** |
| | **ON SITE GRAPHICS SUPPORT COSTS** | | |
| 7/12/2023 | Graphic Design and Presentation Preparation Fees for 7/4/2023-7/5/2023 | 23-040 | $5,375.00 |
| 2/13/2024 | On Site Graphics Support | 24-018 | $89,595.03 |
| | **SUBTOTAL** | | **$94,970.03** |
| | **INTERPRETATION COSTS** | | |
| 7/4/2023 | Interpretation Services for Depositions on 6/27/2024-6/30/2024 | 20230704 | $7,445.20 |
| 9/15/2023 | Interpretation Services for Depositions on 9/7/2023-9/13/2023 | | $9,555.00 |
| 10/7/2023 | Interpretation Services for Depositions in September, 2023 | 20231007 | $14,083.44 |
| 12/3/2023 | Interpretation Services on 9/1/2023-9/4/2023, 9/6/2023, 9/8/2023, and 9/10/2023 | QE03122023 | $12,280.00 |
| 12/5/2023 | Interpretation Services for Depositions on 9/4/2023, 10/6/2023, 10/13/2023, 10/20/2023, and 10/23/2023,-10/25/2023 (per 12/5/2023 7.12/1 BoC exchange rate, as seen on invoice) | 1 | $4,003.80 |
| 1/25/2024 | Retainer Fee for Interpretation Services at Trial | 2024003 | $7,100.00 |
| 2/8/2024 | Interpretation Services for Trial on 2/1/2023-2/2/2023, 2/52023-2/9/2024 | 2024013 | $6,450.00 |
| | **SUBTOTAL** | | **$60,917.44** |
| | **WITNESS FEES** | | |
| | Troy Hayes | | $3,318.99 |
| | Steve Martin | | $4,345.11 |

|  | Louis Hruska |  | $4,572.53 |
|---|---|---|---|
|  | Alan Ratliff |  | $168.50 |
|  | Mike Akemann |  | $3,267.64 |
|  | Joe Lam |  | $12,186.66 |
|  | Xinghua Tao |  | $11,902.74 |
|  | Fei Wu |  | $4,355.20 |
|  | Peipei Guo |  | $4,936.94 |
|  | **SUBTOTAL** |  | **$49,054.31** |
|  | **TOTAL COSTS (USD)** |  | **$500,000.00** |