IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00232-JRG |
| ZHUHAI COSMX BATTERY CO., LTD., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Ningde Amperex Technology Limited's ("ATL") Motion Regarding Bill of Costs (the "Motion"). (Dkt. No. 394.) In the Motion, ATL moves for $747,060.30 in costs pursuant to Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920. (*Id.*) The Motion was filed as opposed. (*Id.*) However, after the Motion was filed, the parties filed a Stipulation Regarding Plaintiff's Motion for Bill of Costs (the "Stipulation"). (Dkt. No. 408.) In the Stipulation, the parties represent that they have agreed to a revised Bill of Costs and request that the Court award ATL costs in the amount of $500,000.00. (*Id.*)

Having considered the Motion, and the subsequent Stipulation, the Court finds that the Motion should be and hereby is **GRANTED AS MODIFIED**. The Court therefore **ORDERS** entry of a Bill of Costs in the amount of $500,000.00.

So Ordered this

Jul 16, 2024

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE