**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NINGDE AMPEREX TECHNOLOGY LIMITED, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL ACTION NO.  2:22-CV-00232-JRG** |
| ZHUHAI COSMX BATTERY CO., LTD., | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the parties' Joint Post-Trial Motion Regarding Supplemental Damages (the "Motion"). (Dkt. No. 387.) In the Motion, Plaintiff Ningde Amperex Technology Ltd. ("ATL") and Zhuhai CosMX Battery Co., Ltd. ("CosMX") jointly move under Federal Rule of Civil Procedure 59(e) to amend the judgment (Dkt. No. 369) to include an award of supplemental damages. (*Id.*) In the motion, the parties also note that they have met and conferred, and the parties agree that **$459,127.00 U.S. Dollars** should be awarded for the supplemental damages and  prejudgment interest.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. The awards described herein will be reflected in an Amended Final Judgment.

So ORDERED and SIGNED this 20th day of August, 2024.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE